

**HALL BOOTH SMITH, P.C.**
ATTORNEYS AT LAW

Jeffrey T. Wolber
Phone: 212-805-3639
jwolber@hallboothsmith.com

Please Note New Address:
366 Madison Ave, 5th Floor
New York, NY 10017

*Attorney*

Office: (212) 805-3630
www.hallboothsmith.com

March 10, 2020

**VIA ECF Only:**
Steven Tiscione, Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

RE: **Rene v. Mustafa et al**
2:16-cv-04072-GRB-ST
Hon. Gary R. Brown, presiding

Dear Magistrate Tiscione:

Please accept this correspondence as a motion to be removed from the ECF attorney list for this matter, with corresponding removal from the list of notice recipients. I am currently listed as an attorney of record for **Defendant Tanzia Mustafa, M.D.** The reason for this request is that I am no longer with the law firm of Martin Clearwater & Bell LLP.

Please note that my removal will not prejudice Defendant Mustafa because Gregory John Radomisli, Esq., is currently listed as an attorney of record for this defendant, and upon information and belief, he is still at Martin Clearwater & Bell LLP. I have enclosed the Attorney List for your reference.

Thank you for your attention to this matter.

Very truly yours,

Jeffrey T. Wolber

Enclosure

NEW YORK, NY

ALABAMA | FLORIDA | GEORGIA | NEW JERSEY | NEW YORK | NORTH CAROLINA | SOUTH CAROLINA | TENNESSEE

**2:16-cv-04072-GRB-ST** Rene v. Mustafa et al
Gary R. Brown, presiding
Steven Tiscione, referral
**Date filed:** 07/22/2016
**Date of last filing:** 02/28/2020

# Attorneys

**Amy E. Bedell**
Lewis Johs Avallone Aviles LLP
One Ca Plaza
Suite 225
Islandia, NY 11749
631-755-0101
631-755-0117 (fax)
aebedell@lewisjohs.com
  *Assigned: 02/26/2020*
  *ATTORNEY TO BE NOTICED*

representing

**Brunswick Hospital Center, Inc.**
*(Defendant)*

**M.D. Ejike Onuogu**
*(Defendant)*

**M.D. Tahira N. Sial**
*(Defendant)*

**William M. Brooks**
Barry Seidel and Associates
225 Eastview Drive
Central Islip, NY 11722
(631) 761-7086
williamb@tourolaw.edu
  *Assigned: 07/22/2016*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**Diana Rene**
*(Plaintiff)*

**Diana Marie Carlino**
Rosewnblum Newfield, LLC
One Landmark Sq
5th Floor
Stamford, CT 06901
203-358-9200
203-358-0687 (fax)
dcarlino@rosenblumnewfield.com
  *Assigned: 01/15/2018*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**Bells Nurses Registry & Employment Agency Inc.**
90-50 Parsons Boulevard
Jamaica, NY 11432
718-297-4446
*(ThirdParty Defendant)*

**Melina Francoeur**

|  |  |  |
|---|---|---|
|  |  | *(Defendant)* |
|  |  | **Bells Nurses Registry & Employment Agency Inc.**<br>90-50 Parsons Boulevard<br>Jamaica, NY 11432<br>718-297-4446<br>*(ThirdParty Plaintiff)* |
| **Michelle Ashley Frankel**<br>Martir Clearwater & Bell LLP<br>220 East 42nd Street<br>New York, NY 10017<br>212-697-3122<br>212-949-7054 (fax)<br>michelle.frankel@mcblaw.com<br>  *Assigned: 10/16/2018*<br>  *ATTORNEY TO BE NOTICED* | representing | **M.D. Tanzia Mustafa**<br>*(Defendant)* |
| **Jeffrey D. Hummel**<br>Lewis Johs Avallone Aviles LLP<br>One Ca Plaza, Suite 225<br>Islandia, NY 11749<br>(631)755-0101<br>(631)755-0117 (fax)<br>jdhummel@lewisjohs.com<br>  *Assigned: 12/02/2016*<br>  *LEAD ATTORNEY*<br>  *ATTORNEY TO BE NOTICED* | representing | **Brunswick Hospital Center, Inc.**<br>*(ThirdParty Plaintiff)* |
|  |  | **Brunswick Hospital Center, Inc.**<br>*(Defendant)* |
|  |  | **M.D. Ejike Onuogu**<br>*(Defendant)* |
|  |  | **M.D. Tahira N. Sial**<br>*(Defendant)* |
| **Peter Koziolkowsky**<br>Rosenblum Newfield LLC<br>50 Main Street<br>Whiteplains, NY 10606<br>914-686-6100<br>914-686-6140 (fax)<br>pkoziolkowsky@rosenblumnewfield.com<br>  *Assigned: 05/30/2018*<br>  *ATTORNEY TO BE NOTICED* | representing | **Melina Francoeur**<br>*(Defendant)* |

| | | |
|---|---|---|
| **James Newfield**<br>Rosenblum Newfield<br>50 Main Street<br>White Plains, NY 10606<br>914-686-6100<br>914-686-6140 (fax)<br>jnewfield@rosenblumnewfield.com<br>*Assigned: 03/26/2018*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* | representing | **Melina Francoeur**<br>*(Defendant)* |
| | | **Bells Nurses Registry & Employment Agency Inc.**<br>90-50 Parsons Boulevard<br>Jamaica, NY 11432<br>718-297-4446<br>*(ThirdParty Defendant)* |
| **Gregory John Radomisli**<br>Martin, Clearwater & Bell<br>220 East 42nd Street<br>New York, NY 10028<br>212-916-0923<br>212-949-7054 (fax)<br>radomg@mcblaw.com<br>*Assigned: 10/20/2016*<br>*ATTORNEY TO BE NOTICED* | representing | **M.D. Tanzia Mustafa**<br>*(Defendant)* |
| **Barry S. Seidel**<br>Barry Seidel and Associates<br>148-55 Hillside Avenue<br>Jamaica, NY 11435<br>(718) 793-1133<br>*Assigned: 07/22/2016*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **Diana Rene**<br>*(Plaintiff)* |
| **Jeffrey Thomas Wolber**<br>Hall Booth Smith<br>366 Madison Ave<br>5th Floor<br>New York, NY 10017<br>212-805-3639<br>917-781-0811 (fax)<br>Jeffreytwolber@gmail.com<br>*Assigned: 08/20/2018*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **M.D. Tanzia Mustafa**<br>*(Defendant)* |