| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | Courtroom 840<br>DATE: 3/25/2020<br>TIME:  10:30 a.m |

**FILED
CLERK**

3:43 pm, Mar 25, 2020

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

BEFORE: GARY R. BROWN, U.S. DISTRICT JUDGE

CASE: **CV 16-4072  (GRB) RENE V. MUSTAFA ET AL**

                TYPE OF CONFERENCE: PRE-MOTION

APPEARANCES:     Plaintiff: William Brooks

                        Defendant:    Amy Bedell, Gregory John Radomisli

COURT REPORTER/FTR#:10:32-11:15

        **Motion for:   s/j**
        **Movant:      defendants**

Case called.

☒ Counsel for all sides present.

☒ Pre-motion conference held.

    ☐ Parties to meet and confer and submit a schedule within 2 weeks.

    ☒ Motion Schedule set.    Motion served by: 4/30/2020
                                      Response served by:  6/30/2020
                                      Reply and all papers filed by:  7/15/2020

☐ Discovery to proceed while motion is pending. Parties to contact Magistrate Judge assigned to the case to schedule an Initial Conference.

☐ Choose an item.

☐ Motion argued.

☐ Motion is  Choose an item. (** No written decision**)

☒ Other:  The Court deems the motion made and grants in part and denies in part the summary judgment motion.  Briefing schedule set regarding the remaining claims.

☐ The parties are to submit order on notice to all parties.

☐ Settlement discussed. Choose an item.

☐ Jury Selection and trial set for:
        Joint pretrial order due by: