# EXHIBIT Y

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DIANA RENE,

       CIVIL ACTION NO.:
       CV-16-4072 (JMA) (AYS)

    Plaintiff,

       **STIPULATION OF**
       **SETTLEMENT**

 - against -

TANZIA MUSTAFA, M.D., personally,
EJIKE ONUOGU, M.D., personally,
TAHIRA N. SIAL, M.D., personally,
MELINA FRANCOEUR, personally,
BRUNSWICK HOSPITAL CENTER, INC.,

    Defendants.
-----------------------------------------------------------------X
BRUNSWICK HOSPITAL CENTER, INC.

    Third-Party Plaintiff,

 -against-

BELLS NURSING REGISTRY & EMPLOYMENT
AGENCY, INC.
    Third-Party Defendant,
-----------------------------------------------------------------X

## STIPULATION TO WITHDRAW CAUSES OF ACTION

**IT IS HEREBY STIPULATED, AGREED AND WARRANTED** The undersigned counsels on behalf of the Plaintiff, DIANA RENE and Defendants, TANZIA MUSTAFA, M.D., EJIKE ONUOGU, M.D., TAHIRA N. SIAL, M.D., MELINA FRANCOEUR, and BRUNSWICK HOSPITAL CENTER, INC., and Third-Party Plaintiff BRUNSWICK HOSPITAL CENTER INC and Third-Party Defendant, BELLS NURSING REGISTRY AND EMPLOYMENT AGENCY INC. hereby stipulate and agree to:

1. <u>WITHDRAWAL OF THE SECOND AND THIRD CAUSES OF ACTION</u> of the Third Amended Summons and Complaint filed on September 20, 2018. Which states:

> 74. By conducting the search of Ms. Rene upon admission when there was no basis to believe (1) that Ms. Rene was in possession of, and hiding, contraband, and (2) intended to harm herself and was in possession and hiding objects that she could use to harm herself, which wsa (*sic*) conducted pursuant to the Brunswick policy of conducting searches of patients upon admission of a patient, defendants Francoeur and Brunswick violated the prohibition against unreasonable searches under the Fourth and Fourteenth Amendments and Ms. Rene's right to privacy and bodily integrity under the Fourteenth Amendment and further violated 42 U.S.C. § 1983.

2. <u>WITHDRAWAL OF FOURTEENTH CAUSE OF ACTION</u> of the Third Amended Summons and Complaint filed on September 20, 2018. Which states:

> 96. By forcing Ms. Rene to strip search and conducting a visual body cavity search, defendants Francoeur and Brunswick violated Article I, § 12 of the New York Constitution.

3. <u>WITHDRAWAL OF FIFTEENTH CAUSE OF ACTION</u> of the Third Amended Summons and Complaint filed on September 20, 2018. Which states:

> 98. By forcing Ms. Rene to strip search and conducting a visual body cavity search, defendant Brunswick committed battery.

**WHEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above enumerated Causes of Action be, and

the same hereby withdrawn and discontinued *with prejudice* as against defendants, without costs or disbursements to either party as against the other in exchange for the sums set forth in the general releases attached as Exhibits A and B to this stipulation.

Dated: March 12, 2019
White Plains, New York

_____
LEWIS JOHS AVLLONE AVILES, LLP
*Attorney for Defendants and Third-Party Plaintiff*
EJIKE ONUOGU, M.D.,
TAHIRA N. SIAL, M.D., and
BRUNSWICK HOSPITAL CENTER, INC.
One CA Plaza, Suite 225
Islandia, NY 11749
631-755-0101

_____
MARTIN, CLEARWATER & BELL
*Attorneys for Defendant*
TANZIA MUSTAFA, M.D.
220 East 42nd Street
New York, NY 10028
212-916-0923

_____
BARRY SEIDEL
William M. Brooks, Of Counsel
*Attorney for Plaintiff*
148-55 Hillside Avenue
Jamaica, NY 11435
718-793-1133

_____
ROSENBLUM NEWFIELD LLC.
*Attorneys for Defendant and Third-Party Defendant*
MELINA FRANCOEUR
BELLS NURSING REGISTRY
50 Main Street, 10th Floor
White Plains, NY 10606
(914) 686-6100

SO ORDERED

_____
U.S.D.J

## GENERAL RELEASE

To all to whom these Presents shall come or may Concern, Know that **Diana Rene** being over the age of twenty-one (21) years and residing at 20 Clinton Avenue, East Patchogue, New York 11772 as RELEASOR, in consideration of the sum of **FIFTEEN THOUSAND DOLLARS ($15,000.00) and NO CENTS,** received from or on behalf of **Melina Francoeur, and BELLS NURSING REGISTRY AND EMPLOYMENT AGENCY,** as RELEASEES, plus reimbursement by RELEASEES receipt whereof is hereby acknowledged, releases and discharges **Melina Francoeur, and BELLS NURSING REGISTRY AND EMPLOYMENT AGENCY,** and its insurers and reinsurers, including **Allianz Resolution Management, Allianz Reinsurance America, Inc., Interstate Fire and Casualty Company, CNA, and CNA Healthcare Claims,** the RELEASEES, RELEASEES' subsidiaries, employees, agents, servants, heirs, executors, administrators, successors and assigns from all actions, causes of action, suits, debts, dues, sums of money, accounts, reckonings, bonds, bills, specialties, covenants, contracts, controversies, agreements, promises, variances, trespasses, damages, judgments, extents, executions, claims, and demands whatsoever, in law, admiralty or equity, which against the RELEASEES, the RELEASOR, RELEASOR's heirs, executors, administrators, successors and assigns ever had, now have or hereafter can, shall or may, have for, upon, or by reason of any matter, cause or thing whatsoever from the beginning of the world to the day of the date of this RELEASE, including but not limited to any cause of action touching, concerning, involving, or relating to personal injury, pain and suffering, wrongful death, neglect, malpractice, securities, or

any other thing. Whenever the text hereof requires, the use of singular number shall include the appropriate plural number as the text of the within instrument may require.

This RELEASE may not be changed orally.

Dated: March, 28, 2019
       Bellport, New York

_____
DIANA RENE

*************************************************************************

STATE OF NEW YORK
COUNTY OF Suffolk _____ ss.:

On March 28, 2019 before me personally came **DIANA RENE**, to me known, and known to me to be the individual described in, and who executed the foregoing RELEASE, and duly acknowledged to me that she executed the same.

_____
NOTARY PUBLIC

MAUREEN L HAYES
Notary Public - State of New York
NO. 01HA6095849
Qualified In Suffolk County
My Commission Expires 7/21/2019

NOTARY PUBLIC

## GENERAL RELEASE

To all to whom these Presents shall come or may Concern, Know that **William M. Brooks** being over the age of twenty-one (21) years and with business address at Touro Law Center Touro Law Center 225 Eastview Drive, Central Islip, NY 11722 at 20 Clinton Avenue, East Patchogue, New York 11772 as RELEASOR, in consideration of the sum of **NINE THOUSAND DOLLARS ($9,000.00) and NO CENTS**, received from or on behalf of **Melina Francoeur, and BELLS NURSING REGISTRY AND EMPLOYMENT AGENCY,** as RELEASEES, by RELEASEES receipt whereof is hereby acknowledged, releases and discharges **Melina Francoeur, and BELLS NURSING REGISTRY AND EMPLOYMENT AGENCY,** and its insurers and reinsurers, including **Allianz Resolution Management, Allianz Reinsurance America, Inc., Interstate Fire and Casualty Company, CNA, and CNA Healthcare Claims**, the RELEASEES, RELEASEES' subsidiaries, employees, agents, servants, heirs, executors, administrators, successors and assigns from all actions, causes of action, suits, debts, dues, sums of money, accounts, reckonings, bonds, bills, specialties, covenants, contracts, controversies, agreements, promises, variances, trespasses, damages, judgments, extents, executions, claims, and demands whatsoever, including and not limited to any claim for costs or fees, in law, admiralty or equity, which against the RELEASEES, the RELEASOR, RELEASOR's clients, heirs, executors, administrators, successors and assigns ever had, now have or hereafter can, shall or may, have for, upon, or by reason of any matter, cause or thing whatsoever from the beginning of the world to the day of the date of this RELEASE, including but not limited to any cause of action touching, concerning, involving, or relating to personal injury, pain and suffering, wrongful death, neglect, malpractice, securities, or any other thing. Whenever the text hereof requires, the use of singular number shall include the appropriate plural number as the text of the within instrument may require.

This RELEASE may not be changed orally.

Dated: _April 2_, _____, 2019
_Central Islip_, New York

                                                   William M. Brooks
                                                   Attorney for Plaintiff
                                                   Touro Law Center
                                                   225 Eastview Drive
                                                   Central Islip, NY   11722



# TOURO COLLEGE
## JACOB D. FUCHSBERG LAW CENTER
*Where Knowledge and Values Meet*

*Law Faculty*

April 18, 2019

Honorable Joan M. Azrack
United States District Court
Eastern District of New York
Federal Plaza
Central Islip, NY 11722

    Re: *Rene v. Mustafa*
       CV-16-4072 (JMA) (AYS)

Dear Judge Azrack:

I am the plaintiff's attorney in the above matter. This is a civil rights action arising out of the involuntary confinement of the plaintiff at Stony Brook University Medical Center and subsequent hospitalization at Brunswick Hospital Center ("Brunswick").

Enclosed for Your Honor's signature is a stipulation of settlement pertaining claims arising from what the plaintiff has alleged was a wrongful body search to which she was subject at Brunswick. Please note that counsel for defendant Mustafa has chosen not to sign the stipulation even though the stipulation contains a signature line for him. His position that his client was not involved in those alleged claims in any way and he wants to ensure that he will not be precluded from questioning her about this incident in any way if this case goes to trial.

Thank you for Your Honor's attention to this matter.

Very truly yours,

William M. Brooks

cc: Greg Radomisli
    Jeffrey Hummel
    James Newfield